| | | |
|---|---|---|
| AUSA: Hank Moon | | Telephone: (313) 226-9100 |
| Special Agent: Michael Baumgartner | | Telephone: (313) 965-2323 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Eric Anthony

Case No.

Case: 2:22−mj−30335
Assigned To : Unassigned
Assign. Date : 8/8/2022
Description: RE: ERIC ANTHONY (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 5, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Michael Baumgartner, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __August 8, 2022__

_Judge's signature_

City and state: __Detroit, Michigan__

Hon. David R. Grand, United States Magistrate Judge
_Printed name and title_

## Affidavit in Support of an Application
## For a Complaint and Arrest Warrant

I, Michael Baumgartner, being first duly sworn, hereby depose and state as follows:

### I.   Introduction and Agent Background

1. I am a Special Agent with the Federal Bureau of Investigation and have been since March 2018. I am currently assigned to the FBI Detroit Division Violent Crime Task Force as the Bank Robbery Coordinator. As an FBI Special Agent, I have conducted or assisted in numerous investigations of federal violations, including crimes of violence, robberies, and firearms, including criminal violations of Title 18. I have experience in the investigation, apprehension, and prosecution of individuals involved in federal criminal offenses.

2. The facts in this affidavit come from my personal observations, investigation, interviews conducted by other law enforcement agents, my review of relevant police reports and information from others who have personal knowledge of the events and circumstances described herein, and my training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all of my knowledge about this matter.

3. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that Eric ANTHONY (DOB:

xx/xx/1965), by force, violence, or intimidation, took money from the person or presence of another, namely approximately $1,000, belonging to and in the care, custody, control, management, and possession of Flagstar Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S.C. § 2113(a).

## II.    Probable Cause

4.    On August 5, 2022, the Grosse Pointe Woods Police and the FBI Violent Crime Task Force responded to a Flagstar Bank located at 19733 Mack Ave, Grosse Pointe Woods, Michigan, for a reported bank robbery. This is in the Eastern District of Michigan.

5.    Upon arrival, officers spoke with a female teller employed by the bank, hereinafter referred to as AV1. AV1 advised police that she was the teller that the suspect, hereinafter referred to as S1, had contact with. AV1 stated that S1 entered the building and approached her counter, placing a brown paper bag on the counter and mumbling something. S1 was wearing a surgical mask. AV1 was unable to hear or understand what S1 said and asked him to repeat himself several times before the suspect removed the surgical mask from his face and said: "put all the money from your drawer in the bag and do it quickly." AV1 did as requested by S1 and included a stack of "bait bills."

6. Once S1 had the money in the bag, he exited the bank through the front door, at which point AV1 hit the alarm button and locked the front door. AV1 observed S1 walk west through the parking lot before losing visual contact. AV1 advised police that S1 had stolen approximately $1,000 in assorted bills.

7. Flagstar Bank staff was able to access the building's CCTV security system and provide law enforcement with various images of S1 and his getaway vehicle. S1 was a black male, approximately 50 years of age, bald head, glasses, wearing a white t-shirt with a black jacket, blue jeans, and black Sketcher's tennis shoes. CCTV footage captured S1's face at the teller's counter, including when he removed his mask. CCTV footage showed that S1 exited the bank, walked through the drive thru, and got into the front passenger seat of what appears to be a silver Ford Ecosport sport utility vehicle.

8. Law enforcement reviewed the CCTV footage that captured S1's face without a mask. Using law enforcement and open-source databases, agents identified S1, the bank robber, as ERIC ANTHONY. ANTHONY has a prior conviction for bank robbery.

9. On August 5, 2022, a Magistrate Judge in the Eastern District of Michigan authorized two warrants for ANTHONY's phone, including a warrant for his phone's precision location information. Law enforcement started receiving precision location information ("phone pings") on the evening of August 5, 2022.

Law enforcement conducted surveillance in the area of ANTHONY's phone on August 7, 2022, and saw that his phone was in a residence in the Eastern District of Michigan. The silver Ford Ecosport sport utility vehicle was parked in the driveway of the same residence.

10. Law enforcement obtained a search warrant for the residence and the silver Ford Ecosport vehicle and executed those warrants on August 7, 2022. ANTHONY was arrested when he exited the residence. When ANTHONY was arrested, he was wearing black Sketchers shoes that appeared to be the same style and color that S1 was wearing. Agents found what appears to be several additional pieces of clothing that ANTHONY wore during the robbery inside the residence, including his glasses, jeans, and black jacket. Agents also found and seized ANTHONY's cellular phone. I personally saw ANTHONY and confirmed that he is the person seen in the CCTV footage robbing the Flagstar Bank on August 5, 2022. Agents arrested ANTHONY. The search of the Ford Ecosport vehicle is pending.

11. While transporting ANTHONY, he made the following unsolicited statement in the presence of law enforcement: "My mom told me to just turn myself in, she did not want me to get shot by the police."

12. Flagstar Bank is an FDIC insured institution and as such, the approximately $1,000 taken was then insured by the FDIC.

### III. Conclusion

13. There is probable cause to believe that ANTHONY violated 18 U.S.C. § 2113(a) by robbing the Flagstar Bank on August 5, 2022. This violation occurred in the Eastern District of Michigan.

Respectfully submitted,

Michael Baumgartner, Special Agent
FBI

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

Dated:   August 8, 2022